PD-0604-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/21/2015 4:32:39 PM
Accepted 5/22/2015 11:28:03 AM
ABEL ACOSTA
CLERK

No. 07-14-00038-CR

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

PRISCILLA SANDERS,                                    Appellant

v.

THE STATE OF TEXAS,                                  Appellee

Appeal from Swisher County

* * * * *

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS
PETITION FOR DISCRETIONARY REVIEW**

* * * * *

FILED IN
COURT OF CRIMINAL APPEALS

May 22, 2015

ABEL ACOSTA, CLERK

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its petition for discretionary review to and including the 22nd day of May, 2015. A motion for rehearing was denied on April 17, 2015, and its petition was due May 18, 2015. The State's petition is being filed this day. In addition to working on a petition that was submitted last Friday, and three other petitions to be submitted during the next two weeks, undersigned counsel spent significant time in the last month preparing for a speaking engagement, something that is not ordinarily part of his duties. No previous motions to extend the deadline for filing this petition have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until May 22, 2015, be granted.

Respectfully submitted,


  /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)

1

512/463-5724 (Fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Petition for Discretionary Review has been eFiled or e-mailed on this the 21st day of May, 2015 to:

Tina Davis Rincones
Swisher County Attorney Pro Tem
109 E 6th Street
Plainview, Texas 79072
trincones@redraiderlaw.com

Aaron R. Clements
Hurley & Guinn
1805 13th Street
Lubbock, Texas 79401
aaronrc@swbell.net

   /s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney